UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARGARET CHIAPEL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:06-CV-1642 (CEJ) ) |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) |
| Defendant. | ) |

**ORDER**

The undersigned having determined that she should disqualify herself from this proceeding pursuant to 28 U.S.C. § 455(a),

**IT IS HEREBY ORDERED** that this case shall be returned to the Clerk of the Court for reassignment to another district judge.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 8th day of January, 2007.